NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

MELVIN I. KAYSER, JR., and
SHARON M. STRIKER KAYSER,    )
                             )
        Appellants,          )
                             )
v.                           )    Case No.  2D17-2181
                             )
                             )
GEICO INDEMNITY COMPANY,     )
                             )
        Appellee.            )
_____)

Opinion filed April 18, 2018.

Appeal from the Circuit Court for
Lee County; Keith R. Kyle, Judge.

Thomas P. Rechtin and Joshua D.
Molandes of Morgan and Morgan
P.A., Ft. Myers, for Appellants.

Sharon C. Degnan of Kubicki Draper,
Orlando, for Appellee.


PER CURIAM.


        Affirmed.


CRENSHAW, BLACK, and SLEET, JJ., Concur.